UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Dominick Papandrea, et al.
                              Plaintiff,
v.                                              Case No.: 1:14−cv−08948
                                                Honorable Matthew F. Kennelly
AbbVie, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 8, 2018:

MINUTE entry before the Honorable Matthew F. Kennelly: Defendants' motion for leave to file a response out of time−−which the Court notes was not noticed for presentment in contravention of this district's local rules−−is denied. The motion in question was a Daubert motion governed by the summary judgment and Daubert briefing schedule set long ago. Defendants' response to the motion was due on 7/12/2018. The motion for leave to file a response out of time was not filed until nearly four weeks after that and did not attach a response but rather sought more time to file one. Counsel's statement that he did not realize that the motion was a Daubert motion effectively indicates that he did not read the motion, as it actually cites Daubert. In short, there is no good excuse offered for the non−filing of a response. Given the volume of motions the Court has to deal with for the Trial Group 1 cases, the Court cannot allow briefing to continue well beyond the schedule set long ago. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.